## NORWICH v. WINDHAM.

A person's settlement in a town may be suspended, but not lost until another is gained in some other town.

ACTION for sending one Mary Laughton, a pauper, who had one child and was pregnant with another, to the town of Norwich; whereby said town was put to much cost, etc. in their support, etc. Special issue to the court.

The facts were — Said Mary, before her intermarriage with said Laughton, was Mary Spicer, a legal inhabitant of the town of Norwich; that in A. D. 1785 she married said Laughton, an Irish foreigner, and moved with him to Windham, and there resided until January A. D. 1789 and had said child born in Windham, and was likely to have another, and said Laughton went off and left her, not having gained a settlement in any town in this state or country. The said Mary and child being destitute and in want of support, were removed by said Windham to the town of Norwich.

The court found the issue in favor of the defendants, and gave judgment — That the defendants recover their cost.

By the Court.    Said Mary was legally settled in said town of Norwich before her intermarriage with said Laughton a foreigner, who had no settlement in this country; her settlement thereby was suspended, but not lost; upon his going off or dying her right of settlement was revived; for a person doth not lose a settlement until another is gained in some other place.